# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**vs.**

**CRIMINAL ACTION No.: 3:15-CR-5-HTW**
**and**
**CIVIL ACTION No.: 3:18-CV-175-HTW**

**DANIEL GEORGE KELLEY**

## ORDER

BEFORE THIS COURT are the *pro se* petitioner's Motions to Vacate Under Title 28 U.S.C. § 2255. **[Docket nos. 78 and 81]**. Having reviewed petitioner's motions for relief pursuant to 28 U.S.C. § 2255, the Court hereby orders that the government respond to the motion on or before March 31, 2019. Petitioner's reply, if any, is due on or before April 21, 2019.

**SO ORDERED this the 4th day of March, 2019.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**